Order entered November 1, 2012

004706



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00595-CV

BILLY AND CANDACE SCHOPPE, Appellants

V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL., Appellees

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-10731

## ORDER

The Court has before it appellee Deutsche Bank National Trust Company, as Trustee for

Morgan Stanley Loan Trust 2005-7's October 24, 2012 unopposed motion to extend time to file

its brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellee on

October 24, 2012 be timely filed as of today's date.

MOLLY FRANCIS
JUSTICE